UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K-RON MIRROR & MOLDING, INC. | CIVIL ACTION |
| vs. | NO.: 2:15-cv-01493 |
| PREFERRED MUTUAL INSURANCE COMPANY | |

FILED
MAY - 5 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## STIPULATION

The parties to this action, by the signatures of their counsel on this Stipulation, stipulate and agree that this cause should be transferred, as authorized by 28 U.S.C. §1404(a), to the United States District Court for the District of New Jersey.

Law Offices of Jonathan Wheeler, P.C.

By: _____
Jonathan Wheeler, Esquire
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 568-2900
*Attorney for Plaintiff, K-Ron Mirror & Molding, Inc.*

Date: May 4, 2015

Methfessel & Werbel

By: _____
Fredric Paul Gallin, Esquire
2025 Lincoln Hwy, Suite 200
Edison, NJ 08818
(732) 248-4200
*Attorney for Defendant, Preferred Mutual Insurance Company*

Date: May 4, 2015

## ORDER OF COURT

The court has received and considered the Stipulation of Counsel to Transfer this Case to the United States District Court for the District of New Jersey. The court has reviewed the Stipulation and has reviewed the matter and determined that there is good cause for the transfer. Therefore,

IT IS ORDERED that:

1. The matter is transferred to the United States District Court for the District of New Jersey.

2. The Clerk of this Court will transmit the complete file in this case to the United States District Court for the District of New Jersey;

3. All scheduling orders and other pretrial conferences in this matter are set aside.

_____
WENDY BEETLESTONE, J.
United States District Judge